**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                          **CRIMINAL ACTION NO. 3:07CR154-P-A**

**ALI OBAD and SHEILA
AL-SANABANI,**                                        **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Ali Obad's third motion for continuance [66]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for March 31, 2008. Defense counsel requests a continuance to allow additional time to review recently received discovery from the Government and determine what effect that discovery might have on his client's defense.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from March 31, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Ali Obad's third motion for continuance [45] is **GRANTED**;

(2) Trial of this matter is continued as to Defendants Ali Obad and Sheila Al-Sanabani until Tuesday, May 13, 2008 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from March 31, 2008 to May 13, 2008 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is April 22, 2008; and

(5) The deadline for submitting a plea agreement is April 29, 2008.

**SO ORDERED** this the 26th day of March, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE