# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                            **CRIMINAL ACTION NO. 3:07CR154-P-A**

**ALI OBAD and SHEILA**
**AL-SANABANI,**                                                              **DEFENDANTS.**

## ORDER

These matters come before the court upon Defendant Ali Obad's First and Second Motion for Bill of Particulars [55, 59]. After due consideration of the motions, the court finds as follows, to-wit:

The instant motions for bill of particulars were filed with regard to the original Indictment. That Indictment has been dismissed and a Superceding Indictment has been filed. Accordingly, the instant motions should be dismissed as moot. However, the defendants are free to re-file their motion with specific regard to the Superceding Indictment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Ali Obad's First and Second Motion for Bill of Particulars [55, 59] are **DISMISSED AS MOOT**.

**SO ORDERED** this the 28th day of April, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE